UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMODAR CHANDRA DAS,<br>           Plaintiff,<br>    v.<br>OAK SMITH, et al.,<br>           Defendants. | Case No. 24-cv-00447-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not filed an amended complaint as ordered. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by a complaint on this Court's form and which corrects the deficiencies described in the order dismissing the second amended complaint with leave to amend. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 23, 2025

_____
RICHARD SEEBORG
Chief United States District Judge